# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 6:21-mj-00007 HBK |
| PATRICK M. SULLIVAN | ) |
| | ) |
| *Defendant* | ) |

**ORDER
PURSUANT TO THE PARTIES
DEFERRED JUDGMENT AGREEMENT**

The defendant having pled guilty to an offense under 36 CFR § 2.35(b)(2), and pursuant to an agreement between the government and the defendant,

**IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.
4. The defendant shall inform the court and, if represented by counsel, your counsel within 7 days of being cited, charged, or arrested.

Date:    12/15/2021                                    /s/ Helena Barch-Kuchta

                                                                                **Helena Barch-Kuchta**
                                                                        *United States Magistrate Judge*

AO 246 (Rev. 01/14)  Probation Order Under 18 U.S.C. § 3607 (Page 2)

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall complete all requirements of supervised probation by 12/15/2022.

2. The defendant is ordered to personally appear for Probation Review Hearings on 12/13/2022, at 10:00 am in Yosemite before U.S. Magistrate Judge Helena Barch-Kuchta.